**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CHARLIE GRICE                                                                                    PLAINTIFF

vs.                                              NO. 3:04CV00227-JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                              DEFENDANT

**<u>JUDGMENT</u>**

It is CONSIDERED, ORDERED, and ADJUDGED that Judgment be entered for

the Plaintiff, remanding this case to the Commissioner for further proceedings pursuant to

sentence four of 42 U.S.C. §405(g).

Dated this 29th day of September, 2005.

_____/s/ John F. Forster, Jr._____
UNITED STATES MAGISTRATE JUDGE